Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 09 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS DEAN ELWELL,

    Defendant.

1:24-CR-2003-SAB

INDICTMENT

Vio: 18 U.S.C. §§ 1153, 113(a)(6)
Assault Resulting in Serious Bodily Injury
(Count 1)

Vio: 18 U.S.C. §§ 1153, 113(a)(3)
Assault With a Dangerous Weapon
(Count 2)

18 U.S.C. §§ 1153, 113(a)(7)
Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner
(Count 3)

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about June 3, 2023, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, NICHOLAS DEAN ELWELL, an Indian, assaulted V.M., and the assault resulted in serious bodily injury in violation of 18 U.S.C. §§ 1153, 113(a)(6).

## COUNT 2

On or about June 3, 2023, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, NICHOLAS DEAN ELWELL, an Indian, assaulted V.M. with a dangerous weapon, specifically, steel toe boots, with intent to do bodily harm in violation of 18 U.S.C. §§ 1153, 113(a)(3).

## COUNT 3

On or about June 3, 2023, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, NICHOLAS DEAN ELWELL, an Indian, intentionally assaulted V.M. a spouse, intimate partner, or dating partner, resulting

//

//

INDICTMENT – 2

in substantial bodily injury to V.M., all in violation of 18 U.S.C. §§ 1153, 113(a)(7).

DATED this 9 day of January, 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 3